NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1377
(Reexamination No. 90/007,080)

IN RE ENCAPSULATION TECHNOLOGY, LLC

Brian D. Smith, Brian D. Smith, P.C., of Denver, Colorado, argued for appellant.

Mary L. Kelly, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office. With her on the brief were Raymond T. Chen, Solicitor, and William G. Jenks, Associate Solicitor.

Appealed from: United States Patent and Trademark Office
                        Board of Patent Appeals and Interferences

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1377
(Reexamination No. 90/007,080)

IN RE ENCAPSULATION TECHNOLOGY, LLC

# Judgment

ON APPEAL from the          United States Patent and Trademark Office,
                            Board of Patent Appeals and Interferences.

in CASE NO(S).          Reexamination No. 90/007,080

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, LOURIE, and LINN, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  December 23, 2009          /s/ Jan Horbaly
                                  Jan Horbaly, Clerk